# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER S. CLUETT and LISA B. CLUETT, husband and wife,<br><br>Debtors, | Case No.   07-11432-TTG<br><br>Adversary No. |
| WESTSOUND BANK, a Washington State chartered bank,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER S. CLUETT and LISA B. CLUETT, husband and wife,<br><br>Defendants. | **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** |

WESTSOUND BANK, a Washington State chartered bank, Plaintiff herein, alleges:

1.     This court has jurisdiction over this adversary proceeding under the provisions of 28 U.S.C. § 157 and 11 U.S.C. §523.

2.     On March 31, 2007, the above-named Debtors, Defendants herein, filed a petition for relief under Chapter 13 of title 11, United States Code.

SANCHEZ, PAULSON, MITCHELL & SCHOCK
Attorneys at Law
4110 Kitsap Way, Suite 200
Bremerton, Washington 98312-2401
Telephone (360) 479-3000

3.      The Plaintiff is the holder of a claim against the Debtors for the sum of Sixty-Two Thousand Four and 78/100 Dollars ($62,004.78), as of the date of Defendants filing their petition for relief, as described above.

4.      The claim arose as follows:  In reliance on written financial statements submitted by Defendants, Plaintiff made two loans to Defendants, one dated December 17, 2004 in the original amount of Seventy-Five Thousand and no/100 Dollars ($75,000.00), and the other on January 3, 2006 in the original amount of Ten Thousand One Hundred Thirteen and 65/100 Dollars ($10,113.65).  The total unpaid principal balance on said loans as of the date of Defendants filing their petition for relief is set forth above.

5.      Plaintiff's claim is excepted from a discharge in bankruptcy pursuant to 11 U.S.C. § 523(a)(2)(B) because it is based upon a debt arising from the use of a written materially false statement about the financial condition of the Defendants, which was made by them with the intent to deceive, and which was reasonably relied upon by Plaintiff.

WHEREFORE, Plaintiff requests an order determining said debt to be nondischargeable and for judgment against the Debtors in the sum of Sixty-Two Thousand Four and 78/100 Dollars ($62,004.78), together with interest from March 31, 2007, attorney's fees as provided in the loan documents between Plaintiff and

/ / /

/ / /

/ / /

SANCHEZ, PAULSON, MITCHELL & SCHOCK
Attorneys at Law
4110 Kitsap Way, Suite 200
Bremerton, Washington 98312-2401
Telephone (360) 479-3000

1   Defendants, and for such other and further relief as is just.

2       DATED:  June 28, 2007.

3

4
                              _____
                                J. LARRY PAULSON, WSBA #5772

5
                                of SANCHEZ, PAULSON, MITCHELL & SCHOCK
                                Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT -3
S:\jlp\misc.p\westsound\cluett\complaint

SANCHEZ, PAULSON, MITCHELL & SCHOCK

Attorneys at Law

4110 Kitsap Way, Suite 200

Bremerton, Washington 98312-2401

Telephone (360) 479-3000